IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50589
Conference Calendar
_____


EARL S. WILLIAMS,

                                        Plaintiff-Appellant,


versus

SHIRLEY S. CHATER,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-95-CV-677
- - - - - - - - - -
February 21, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Earl S. Williams appeals from the district court's judgment
affirming the denial of his application for disability insurance
benefits.  He argues that substantial evidence did not support
the Commissioner's decision that he was not disabled.  We have
reviewed the record and find no reversible error.  Accordingly,
the judgment is AFFIRMED for essentially the reasons stated by
the magistrate judge and adopted by the district court.  Williams
v. Commissioner, No. A-95-CA-677 JN (W.D. Tex. July 9, 1996).

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

AFFIRMED.